No. 01–408. HOLMES GROUP, INC. *v.* VORNADO AIR CIRCULA-TION SYSTEMS, INC. C. A. Fed. Cir. Certiorari granted limited to Questions 1 and 3 presented by the petition.

NOVEMBER 13, 2001

No. 01–6523. NUBINE *v.* STRINGFELLOW. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01–6613. MCSHEFFREY *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2270. IN RE CLINTON. Bill Clinton, of New York, N. Y., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on October 1, 2001 [*ante*, p. 806], is discharged.

No. D–2282. IN RE DISCIPLINE OF KELLY. Geoffrey Paul Kelly, of Pittsburgh, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2283. IN RE DISCIPLINE OF ENGLAND. Levi England, of Hollywood, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2284. IN RE DISCIPLINE OF GRISWOLD. Steven Stanford Griswold, of Prairie Village, Kan., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.